# Mary B. Grossman
Chapter 13 Trustee
United States Bankruptcy Court
Eastern District Of Wisconsin

Telephone (414) 271-3943
Fax (414) 271-9344
info@chapter13milwaukee.com

740 N. Plankinton Avenue
Suite 400
Milwaukee, Wisconsin 53203

August 18, 2009

Clerk of US Bankruptcy Court
126 U S Courthouse
517 E. Wisconsin Ave.
Milwaukee, WI 53202

RE: DBTR: DIANNA SIMMERMAN
CASE NO: 05-24006-JES

Dear Clerk of US Bankruptcy Court:

Enclosed please find check # 1056905 which replaces check # 1054417 (copy attached) in the above case. Please deposit these funds as unclaimed funds, as they were returned by the United States Postal Service.

Thank You.


OFFICE OF CHAPTER 13 TRUSTEE


cc: file

**Mary B. Grossman
Chapter 13 Trustee**
740 Plankinton Ave
Suite 400
Milwaukee, WI 53203
(414) 271-3943

July 30, 2009

SunTrust Bank
64-79
611

No. 1054417

PAY** Fifty Four Dollars and 97 Cents*****************************************
TO THE ORDER OF
AMOUNT **************$54.97 ***

00027802
MILWAUKEE AREA TECH CO.
NATIONAL RECOVERY
11000 CENTRAL AVE.
BLAINE, MN  55434

VOID AFTER October 28, 2009
Positive Pay Account

⑈1054417⑈ ⑆061100790⑆ 000000575177 ⑈

Mary B. Grossman, Chapter 13 Trustee  Check No. 1054417
Pay to: 00027802  MILWAUKEE AREA TECH CO.
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 05-24006-JES | 014-0 | DIANNA SIMMERMAN | 765646 | 440.20 | 54.97 | 0.00 | 54.97 |



VOID
NCF